IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA RENEE SMITH, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO.: 2:07CV176-MHT |
| TENASKA, INC.; TENASKA OPERATIONS, INC; TENASKA ALABAMA PARTNERS, L.P., | ) ) ) ) |
|     Defendants. | ) |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported: (See attached).


/s John W. Smith T          3/28/07
John W. Smith T             Date

Attorney for Tenaska Operations, Inc.

Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark. W. Sabel, Jr.
Mark Wayne Sabel, Sr.
Sabel & Sabel, P.C.
2800 Zelda Road
Suite 100-5
Montgomery, AL 36106

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

/s John W. Smith T
Of Counsel

| Entities |
|---|
| Christian County Methane, LP |
| East Coast Transport, Inc. |
| Individuals |
| Kiowa Power Partners, LLC |
| TEI Holdco I, LLC |
| TEI Holdco II, LLC |
| Tenaska Alabama B, LP |
| Tenaska Alabama I, LP |
| Tenaska Alabama II Partners, LP |
| Tenaska Alabama II, Inc. |
| Tenaska Alabama Partners, LP |
| Tenaska Alabama, Inc. |
| Tenaska BioFuels Management, Inc. |
| Tenaska BioFuels Services, LLC |
| Tenaska BioFuels, LLC |
| Tenaska Caledonia, LLC |
| Tenaska Capital Management, LLC |
| Tenaska Energy Capital, LLC |
| Tenaska Energy Holdings, LLC |
| Tenaska Energy Services, LLC |
| Tenaska Energy, Inc. |
| Tenaska Ferndale, LLC |
| Tenaska Frederickson, Inc. |
| Tenaska Frontier Partners, Ltd. |
| Tenaska Gateway Partners, Ltd. |
| Tenaska Georgia I, LP |
| Tenaska Georgia Partners, LP |
| Tenaska Georgia, Inc. |
| Tenaska Georgia, Inc. |
| Tenaska Grimes II, LP |
| Tenaska Grimes Partners, LP |
| Tenaska Grimes, Inc. |
| Tenaska II, Inc. |
| Tenaska III Partners, Ltd. |
| Tenaska III, Inc. |
| Tenaska Investment Fund, LLC |
| Tenaska Marketing Canada |
| Tenaska Marketing Ventures |
| Tenaska Marketing, Inc. |
| Tenaska Marketing, Inc. |
| Tenaska Oklahoma Holdco, Inc. |
| Tenaska Oklahoma I, LP |
| Tenaska Oklahoma II Partners, LP |
| Tenaska Oklahoma II, Inc. |
| Tenaska Oklahoma II, LP |
| Tenaska Oklahoma, Inc. |
| Tenaska Operations, Inc. |
| Tenaska Paris, LLC |
| Tenaska Power Equipment LLC |
| Tenaska Power Services Co. |
| Tenaska Rusk Partners, LP |
| Tenaska Rusk, Inc. |
| Tenaska Texas Power Services, LP |
| Tenaska Texas Power, Inc. |
| Tenaska TOPS REP GP, LP |
| Tenaska TOPS REP, LP |
| Tenaska TOPS, LP |

| |
|---|
| Tenaska TPS, Inc. |
| Tenaska VI Partners, LP |
| Tenaska VI, Inc. |
| Tenaska VII Partners, LP |
| Tenaska VII, Inc. |
| Tenaska Virginia I, LP |
| Tenaska Virginia II Partners, LP |
| Tenaska Virginia II, Inc. |
| Tenaska Virginia II, LP |
| Tenaska Virginia Partners, LP |
| Tenaska Virginia, Inc. |
| Tenaska Washington I, LP |
| Tenaska Washington II, LP |
| Tenaska Washington Partners, LP |
| Tenaska Washington, Inc. |
| Tenaska, Inc. |
| THE Holdco I, LLC |
| THE Holdco II, LLC |
| TMV Corp. |
| TPF Operations II, Inc. |
| TPF Operations, Inc. |
| TPF Project Services, LLC |
| TPS Corp. |