IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA RENEE` SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. CV-2:07CV176-MHT |
| | § | |
| TENASKA SERVICE CO., INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Plaintiff and states the following in accordance with the Order of this Court (Civil Misc. No 00-3047, June 12, 2007), rendering reportable the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities:

This party is an individual and there are no reportable entities.

Respectfully submitted this the __15th__ day of June, 2007.

                                                                                                         /s/ Mark Sabel
                                                                                                         MARK SABEL, SAB004
                                                                                                         Attorney for Plaintiff

Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
(334) 271-2770

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was served upon:

John W. Smith T, Esq.
Bradley Arant Rose & White, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

by using the Court's electronic filing system, on this the  15th  day of June, 2007.


                                        /s/ Mark Sabel
                                        Of Counsel