IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **DONNA RENEÉ SMITH,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
| **v.** | ) | 2:07cv176-MHT |
| | ) | |
| **TENASKA, INC., et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

                                **ORDER**

It is ORDERED that the motion to modify scheduling order (Doc. No. 11) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 9) were not only accepted by the parties, they were suggested by the parties in their Rule 26(f) report (Doc. No. 8).

DONE, this the 27th day of September, 2007.

                                    /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**