IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA RENEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:07CV176-MHT |
| TENASKA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION OF DONNA RENEE SMITH

TO:  Mark W. Sabel, Jr.
 Mark Wayne Sabel, Sr.
 Sabel & Sabel, P.C.
 2800 Zelda Road, Suite 100-5
 Montgomery, AL 36106

Please take notice that Tenaska, Inc. will take the deposition of **Donna Renee Smith**, at Sabel & Sable, P.C., 2800 Zelda Road, Suite 100-5, Montgomery, Alabama, 36106, on October 24, 2007, at 9:00 a.m., upon oral examination before a court reporting service who is authorized to administer oath under the laws of the State of Alabama. The deposition shall continue and/or be resumed from time to time thereafter until the same is completed.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 30(b)(5), Defendant requests that deponent produce at the time and place of the taking of the deposition the following described documents and things:

1. Any and all tape recordings in plaintiff's possession;

2. Any and all journals or diaries in plaintiff's possession; and

3. Any and all documents not previously produced.

/s Kathryn L. Dietrich
Kathryn L. Dietrich
kdietrich@bradleyarant.com

One of the Attorneys for Defendant
Tenaska Operations, Inc.

OF COUNSEL:
John W. Smith T
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
Fax: (205) 488-8800

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark W. Sabel, Jr.
Mark Wayne Sabel, Sr.
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/ Kathryn L. Dietrich
Of Counsel