IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DONNA RENEE SMITH,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   **CIVIL ACTION NO.:  2:07CV176-MHT** |
| **TENASKA OPERATIONS, INC.** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |
| | ) |

**JOINT MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

Plaintiff Donna Renee Smith ("Smith") and Defendant Tenaska Operations, Inc. ("Tenaska") (collectively hereinafter, "Parties") jointly move this Court to enter an order extending *only* the deadline for filing dispositive motions by three weeks.  In support of this Motion, the Parties state as follows:

    1.    Pursuant to the Uniform Scheduling Order, Section 2, the deadline for filing dispositive motions is November 23, 2007.

    2.    The Parties plan to mediate the case and have retained Judge Delores Boyd as mediator.  The mediation is being scheduled to be held by early November, the earliest date available for the Parties and the mediator.  To prepare for and hold the mediation, and in an effort to avoid the potentially unnecessary additional expense of preparing for and taking multiple depositions, the Parties need to delay the taking of depositions which will be required to prepare and respond to dispositive motions.  Consequently, the parties request that the dispositive motion deadline be moved to December 14, 2007.

2

      3.    The Parties are not requesting that any other deadlines in the Uniform Scheduling Order be modified.

      WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter an Order extending the deadline to file dispositive motions to December 14, 2007, or in the alternative to December 7, 2007.

      Respectfully submitted,

s/ Mark W. Sabel
      Mark W. Sabel
      Attorney for Plaintiff

s/ Kathryn L. Dietrich
      Kathryn L. Dietrich
      Attorney for Tenaska Operations, Inc.

OF COUNSEL
John W. Smith T
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mark W. Sabel, Jr.
> Mark Wayne Sabel, Sr.
> Sabel & Sabel, P.C.
> 2800 Zelda Road, Suite 100-5
> Montgomery, AL 36106

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None

s/ Kathryn L. Dietrich<br>
Of Counsel