IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA RENEÉ SMITH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv176-MHT |
| ) | |
| TENASKA, INC., et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to extend deadline to file dispositive motions (Doc. No. 17) is granted.

DONE, this the 19th day of October, 2007.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE