**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DONNA RENEE SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:  2:07CV176-MHT** |
| | ) | |
| **TENASKA OPERATIONS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to the Federal Rules of Civil Procedures 41(a)(1)(ii), the undersigned hereby stipulate that this action shall be dismissed with prejudice, the case having been settled with costs and attorneys fees to be borne as provided for in the Confidential Settlement Agreement, Release & Waiver executed by the parties.

Respectfully submitted,

s/ Mark W. Sabel, Jr.
Mark W. Sabel, Jr.  (SAB004)
Attorney for Plaintiff

OF COUNSEL:
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Telephone:  (334) 277-2770

s/ John W. Smith T
John W. Smith T  (SMI175)
Attorney for Defendants

OF COUNSEL
Kathryn L. Dietrich
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000